# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**                                          **Case No. 6:09-cr-79-Orl-19DAB**

**JEREMY RYAN MOHR,**

        **Defendant.**

---

## ORDER

The sentencing hearing in this case is continued until a date and time to be set by separate notice. Defendant shall file any motion he intends to file relating to withdrawal of his guilty plea within ten (10) days from the date of this Order. The Government shall file its response to such motion within ten (10) days after service of Defendant's motion. If the Government contends in its response that Defendant should not be awarded a reduction for acceptance of responsibility, the Defendant may file a reply addressing that issue within ten (10) days after service of the Government's response.

    **DONE** and **ORDERED** in Chambers in Orlando, Florida on December 4, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record